JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA H.,<br><br>        Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:24-cv-00417-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate calculation and payment of Claimant's disability benefits.

Dated: March 31, 2025

_____
STEVE KIM
United States Magistrate Judge